AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| AbbVie Inc. | ) |
| *Plaintiff* | ) |
| v. | ) |
| U.S. Department of Health and Human Services, et al. | ) |
| *Defendant* | ) |

Case No.  1:26-cv-00431 (CJN)

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

AbbVie Inc.
.

Date:  May 4, 2026

*Corey Schiff*
*Attorney's signature*

J. Corey Schiff (DC Bar No. 90033134)
*Printed name and bar number*

Paul, Weiss, Rifkind, Wharton & Garrison LLP
2001 K Street, N.W.
Washington, DC 20006-1047
*Address*

jschiff@paulweiss.com
*E-mail address*

(202) 381-5009
*Telephone number*

(202) 223-7420
*FAX number*