**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| |
|---|
| ABBVIE INC., |
| |
| *Plaintiff*, |
| |
| v. |
| |
| U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*, |
| |
| *Defendants*. |

**Case No. 1:26-cv-00431 (CJN)**

**JOINT MOTION FOR EXTENSION OF TIME**

Consistent with Section 9 of this Court's Standing Order, *see* ECF No. 8, the parties hereby respectfully submit this joint motion for extension of the deadlines for: Defendants' combined motion to dismiss and motion for summary judgment/opposition to Plaintiff's motion for summary judgment, Plaintiff's combined reply in support of its motion and opposition to Defendants' motion, and Defendants' reply in support of their motions. In support of this motion, the parties state:

1.  On February 11, 2026, Plaintiff filed this action seeking declaratory and injunctive relief. *See* ECF No. 1.

2.  On April 1, 2026, in a Joint Motion, the parties sought, among other relief, an extension of Defendants' time to answer or otherwise respond to the complaint by 60 days, from April 13, 2026, to June 12, 2026. *See* ECF No. 18. Additionally, to streamline the proceedings, the parties jointly proposed the following schedule:

    • Plaintiff's memorandum in support of its motion for summary judgment: April 28, 2026.

- Defendants' combined motion to dismiss and cross-motion for summary judgment and a combined memorandum in support of their motions and opposing Plaintiff's motion: June 12, 2026.

- Plaintiff's combined reply in support of its motion and opposition to Defendants' cross-motion: July 13, 2026.

- Defendants' reply in support of their motions: August 5, 2026.

3. The Court entered the parties' proposed schedule. *See* April 3, 2026 Minute Order.

4. On April 28, 2026, Plaintiff filed its motion for summary judgment. *See* ECF No. 25.

5. Following conferral, the parties respectfully request the following extensions:

- Defendants' combined motion to dismiss and cross-motion for summary judgment and a combined memorandum in support of their motions and opposing Plaintiff's motion: extension from June 12, 2026 to **June 23, 2026**.

- Plaintiff's combined reply in support of its motion and opposition to Defendants' cross-motion: extension from July 13, 2026 to **July 24, 2026.**

- Defendants' reply in support of their motions: extension from August 5, 2026 to **August 14, 2026.**

6. The Defendants maintain that good cause exists for the extension of the briefing schedule to accommodate Defendants' counsels' significant and time-sensitive deadlines (including in cases seeking emergency relief), many of which did not exist when the parties proposed the current schedule. This request also provides Plaintiff's counsel with a reciprocal extension of the opposition deadline.

7. A proposed order accompanies this motion.

Dated: June 5, 2026

Respectfully submitted,

ERIC J. HAMILTON
Deputy Assistant Attorney General
Civil Division

MICHELLE R. BENNETT
Assistant Branch Director
Federal Programs Branch

*/s/ Pardis Gheibi*
STEPHEN M. PEZZI
 Chief Litigation Counsel
PARDIS GHEIBI
 Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
(202) 305-8576
stephen.pezzi@usdoj.gov

*Counsel for Defendants*

By:    */s/ Kannon K. Shanmugam*

 Kannon K. Shanmugam
 PAUL, WEISS, RIFKIND,
   WHARTON & GARRISON LLP
 2001 K Street, N.W.
 Washington, DC 20006-1047
 Tel: (202) 223-7300
 Fax: (202) 204-7397

*Counsel for Plaintiff AbbVie Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 5, 2025, I electronically filed this document with the Court by using the CM/ECF system, and that this document was distributed via the Court's CM/ECF system.


*/s/ Pardis Gheibi*