## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ABBVIE INC.,

        *Plaintiff*,

v.

U.S. DEPARTMENT OF HEALTH AND HUMAN
SERVICES, *et al.*,

        *Defendants*.

**Case No. 1:26-cv-00431 (CJN)**

## [PROPOSED] ORDER GRANTING JOINT MOTION
## FOR EXTENSION OF TIME

The Court hereby ORDERS:

2.      Defendants shall file their motion to dismiss and cross-motion for summary judgment and a single memorandum in support of those motions and opposing Plaintiff's motion by June 23, 2026.

3.      Plaintiff shall file a combined reply in support of its motion and opposition to Defendants' cross-motion by July 24, 2026.

4.      Defendants shall file a reply in support of their motions by August 14, 2026.

**SO ORDERED.**

                        _____
                        The Honorable Carl J. Nichols
                        United States District Judge