**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ABBVIE INC.,<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*,<br><br>*Defendants*. | Civil Action No. 1:26-cv-00431 (CJN) |

# ORDER

For the reasons stated in the accompanying Memorandum Opinion, ECF No. 54, it is hereby

**ORDERED** that Plaintiff's Motion for Summary Judgment, ECF No. 25, is **GRANTED IN PART**, and that Defendants' Motion to Dismiss or for Summary Judgment, ECF No. 32, is **DENIED IN PART**.

The Court declares that Defendants' selection of BOTOX for inclusion in the "Drug Price Negotiation Program" violates the Inflation Reduction Act of 2022, 42 U.S.C. § 1320f *et seq.* (IRA).

Accordingly, Defendants' selection of BOTOX is **VACATED AND SET ASIDE** as "in excess of statutory jurisdiction, authority, or limitations" under the Administrative Procedure Act, 5 U.S.C. § 706(2)(C).

It is further **ORDERED** that Defendants are enjoined from not excluding BOTOX as a "biological product that is derived from human whole blood or plasma" in 42 U.S.C. § 1320f-1(e)(3)(C), including in any administrative proceeding.

It is further **ORDERED** that Defendants are enjoined from publishing a maximum fair price for BOTOX.

DATE: October 29, 2026

CARL J. NICHOLS
United States District Judge